FILED

SEP 12 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ROBERT FOUNTAINE, )<br><br>Defendant. ) | No. **4:19CR00745 HEA/JMB** |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges:

On or about December 30, 2015, within the Eastern District of Missouri, the defendant,

**ROBERT FOUNTAINE,**

in a matter within the jurisdiction of the Social Security Administration, a department of the

United States, did knowingly and willfully make and cause to be made a false, fictitious, and

fraudulent statement and representation as to a material fact and did make and use and cause to

be made and used a false document, knowing the same to contain a materially false, fictitious

and fraudulent statement, in that, in a document entitled "Representative Payee Report," he did

state and represent and cause to be stated and represented that another individual, E.B., was alive

and living at the same address as the previous year, when **ROBERT FOUNTAINE** well knew,

E.B. was deceased and had been deceased since 1999.

In violation of Title 18, United States Code, Section 1001(a).

1

## COUNT TWO

The Grand Jury further charges:

From on or about September 29, 2017 through December 31, 2017, within the Eastern District of Missouri, the defendant,

## ROBERT FOUNTAINE,

did embezzle, steal, purloin, or knowingly convert to his use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $1,133.00 in the form of Social Security Administration Supplemental Security Income benefit payments, as representative payee of E.B., creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.


_____

FOREPERSON


JEFFREY B. JENSEN,
United States Attorney


_____

DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney


2